UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DD IP HOLDER LLC<br>Plaintiff,<br>v.<br>EARL STICKNEY, CATHY STICKNEY, KARL AUGHINBAUGH AND XYZ, INC.,<br>Defendants. | CIVIL ACTION NO. ___________<br>CA 07 201ML |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff DD IP Holder LLC hereby discloses that its sole member is DB Master Finance LLC and that DB Master Finance LLC is not a publicly held entity.

Plaintiff,

DD IP HOLDER, LLC

By its attorney,

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: May 30, 2007