AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DD IP HOLDER LLC

V.

EARL STICKNEY, CATHY STICKNEY,
KARL AUGHINBAUGH AND XYZ, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 201 ML

TO: (Name and address of Defendant)

Karl Aughinbaugh
10 Ten Rod Road
North Kingston, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/30/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/30/07 |
| NAME OF SERVER (PRINT) Alfred J Harris | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 10 Tin Rod Rd. North Kingstown RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.00 | 45.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/30/07
Date

Signature of Server

Alfred J. Harris
Authorized Federal Process Server

ALFRED J. HARRIS
[redacted]
P.O. BOX 1107
PAWTUCKET, RI 02862
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.