AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

DD IP Holder LLC v. Stickney et. Al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA07-201

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Jeffrey Brenner | Karl Aughinbaugh (Pro-se) |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 8, 2007 | Debra | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/8/07 | | | W-1 Blake Littauer |
| 3 | | | ID | Full | Picture taken June 6, 2007 |
| 4 | | | ID | Full | Picture taken June 6, 2007 |
| 5 | | | ID | Full | Picture taken 6/6/07 |
| 6 | | | ID | Full | Picture taken 6/6/07 |
| 7 | | | ID | Full | Picture taken 6/6/07 |
| 8 | | | ID | Full | Picture taken 6/6/07 |
| 9 | | | ID | Full | Picture taken 6/6/07 |
| 10 | | | ID | Full | Picture taken 6/6/07 |
| 11 | | | ID | Full | Picture taken 6/6/07 |
| 12 | | | ID | Full | Picture taken 6/6/07 |
| 13 | | | ID | Full | Picture taken 6/6/07 |
| 14 | | | ID | Full | Picture taken 6/6/07 |
| 15 | | | ID | Full | Picture taken 6/6/07 |
| 16 | | | ID | Full | Picture taken 6/6/07 |
| 17 | | | ID | Full | Picture taken 6/6/07 |
| 18 | | | ID | Full | Picture taken 6/6/07 |
| 19 | | | ID | Full | Picture taken 6/6/07 |
| 20 | | | ID | Full | Picture taken 6/6/07 |
| 2 | | | ID | Full | Letter dated June 6, 2007 |
| | | | | | W-2 Edward S. Jay Jr. |
| 1 | | | | Full | Verified Complaint dated May 30, 2007 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.