EXHIBIT A

# Shell Food Mart

We have no affiliation with Dunkin' Donuts, Dunkin' Brands, or any other related entity. We brew our coffee using Dunkin' Donuts brand coffee grounds. We also use Spring Water. We make every effort to brew our coffee to the highest standards. If you have any questions or comments, please ask to speak with the manager.

Serve