# EXHIBIT 2
# PHOTOGRAPHS


DUNKIN' DONUTS


21608


IBC
USDOT
1 POUND
DUNKIN' DONUTS
GROUND COFFEE


1 POUND
DUNKIN' DONUTS
GROUND COFFEE
100% ARABICA COFFEE


Serve Coffee
Spring
Water