# EXHIBIT 3
# PHOTOGRAPHS


Self Serve Coffee
DONUTS
Spring
Water


Self Serve Coffee
DONUTS
Spring
& Water


Self Serve Coffee
brewed with
DUNKIN'
DONUTS
& Spring
Water


Regular
87
Plus
89
V-Power
93
Self Serve Coffee
DONUTS
Spring
Water
Shell
V-Power


Self Serve Coffee
brewed with
DUNKIN'
DONUTS
Spring
& Water
89
87
ALL TAXES INCLUDED


Self Serve Coffee
DUNKIN' DONUTS
Spring
& Water


Self Serve Coffee
brewed with
DUNKIN'
DONUTS
&
Spring
Water


Self Serve Coffee
DONUTS
Spring
& Water


Self Serve Coffee
brewed with
DUNKIN' DONUTS
Spring
& Water


Self Serve Coffee brewed with DUNKIN' DONUTS and Spring Water
ICED COFFEE
Ice Cream
Self Serve Coffee
DONUTS
Spring
& Water


Self Serve Coffee
brewed with
DUNKIN' DONUTS
& Spring Water
Self Serve Coffee
brewed with
DUNKIN' DONUTS
& Spring Water


Self Serve
Regular
Iced Coffee
DONUTS
and
Spring


Hazelnut
Coffee
Grounds
from
DUNKIN'
DONUTS


Serve Coffee brewed
& Spring
Water
PerfectTouch® ©2007 Dixie Consumer Products LLC