# EXHIBIT 5
# PHOTOGRAPHS


with DUNKIN' DONUTS and
ERSHEY'S


Self Serve Coffee
brewed with
DUNKIN'
DONUTS
Spring
& Water


DUNKIN' DONUTS


BUNN


Decafinated
Coffee
Grounds
from
DUNKIN'
DONUTS
Regular
Coffee
Grounds
from
DUNKIN'
DONUTS


French Vanilla
Coffee
Grounds
from
DUNKIN'
DONUTS
Hazelnut
Coffee
Grounds
from
DUNKIN'
DONUTS


Self Serve Coffee
brewed with
DUNKIN'
DONUTS
&
Spring
Water


Self Serve Coffee
brewed with
DUNKIN'
DONUTS
& Spring
Water


Self Serve Coffee
DUNKIN'
DONUTS




Self Serve Coffee
DUNKIN' DONUTS
Spring Water