# EXHIBIT 6
# NOTES/SURVEY RESULTS

## Memorandum of Findings/Interview

At approximately 12:30 pm on Tuesday June 19, 2007, Loss Prevention Manager Patrick Finnigan and Sr. Loss Prevention Analyst Joseph Paolucci arrived at the Shell gas station located at 10 Ten Rod Road, N. Kingstown, RI in order to conduct a survey of customers who purchased coffee at the Shell Station. Upon arrival we surveilled the location from a nearby parking lot in order to determine how to best conduct our surveys.

After we surveyed an individual who had purchased coffee, we were approached by "Auggy" who asked us what we were doing there. I responded that we were there to survey customers who bought coffee from his station. He asked if we were lawyers and I replied we were not. He asked if we were with Shell and I responded we were not. He asked if we were taking pictures and I replied we were not. He went on to tell us how Shell had denied him his gas delivery and that he was out of gas to sell. He spoke about all of the work he had done at the station, including painting all of the brick façade yellow and red. He stated he worked 120 hours per week, stating that often times he slept at the station. He showed us other work he had done at the station. He stated he raised the price of coffee today to make up for the fact he could not sell gas. We asked if he minded that we stay to ask his coffee customers some questions about the coffee and he said he did not mind.

Between 12:30 pm and 3:05 pm only three individuals exited the gas station with coffee. All three had purchased iced coffee and agreed to answer our questions (results attached). The customer flow at the gas station was limited, due to the fact that most people who pulled in to purchase gas realized that they were out of gas and left without exiting their cars. Some customers entered the gas station and exited with soda, water, cigarettes or other items. The front window contained a display case containing Dunkin' Donuts coffee mugs. There was a disclaimer posted in the window stating he was not a franchisee and had no affiliation with Dunkin' Donuts or Dunkin' Brands, Inc.

At approximately 3:05 pm "Auggy" approached us and stated "I think it's time to leave, you guys have been here long enough." I asked him if we should leave his property and he said yes, "some of the customers have been complaining." At his time we left his property and telephoned Jack Sullivan to advise him of this development. Jack called us back and after explaining that we would be unable to complete any further surveys because of the layout of the egress/ingress of the property, he stated we should end the operation and return.

| | |
|---|---|
| Date Conducted: 6/19/2007 | Conducted By: P. Finnigan, J. Paolucci |
| Date Prepared: 6/20/2007 | Prepared By: P. Finnigan |

# Survey Results (answers in bold and underlined)

## Customer 1

1. Why did you buy coffee at this location?
**<u>A. Convenience</u>**
B. Price
C. I like Dunkin' Donuts coffee
D. Other

2. How did you know that this location sells Dunkin' Donuts coffee?
**<u>A. I saw the sign at the location</u>**
B. Someone told me
C. I bought Dunkin' Donuts coffee here before
D. Other

3. Did you come to the location specifically to buy coffee?
**<u>A. Yes</u>**
B. No
C. To buy something else as well as coffee

4. Do you think that this location has Dunkin' Donuts permission to sell Dunkin' Donuts coffee?
**<u>A. Yes ( "assumed")</u>**
B. No
C. Not sure

## Customer 2

1. Why did you buy coffee at this location?
**<u>A. Convenience</u>**
B. Price
C. I like Dunkin' Donuts coffee
D. Other

2. How did you know that this location sells Dunkin' Donuts coffee?
A. I saw the sign at the location
B. Someone told me
C. I bought Dunkin' Donuts coffee here before
**<u>D. Other ("Do they sell Dunkin' coffee here?")</u>**

3. Did you come to the location specifically to buy coffee?
**A. Yes**
B. No
C. To buy something else as well as coffee

4. Do you think that this location has Dunkin' Donuts permission to sell Dunkin' Donuts coffee?
A. Yes
B. No
**C. Not sure**

*This individual appeared to be "prepped" by the individual working the counter inside the gas station. It appears as if they knew each other well. They had a lengthy discussion inside of the store. When we surveyed this individual his tone was sarcastic, and he was almost argumentative. He stated, "The sign says *brewed* with Dunkin' Donuts coffee, not that this ***is*** a Dunkin' Donuts". Based upon the way in which he responded to these questions, it appears he was prepped by the counter person inside.

## Customer 3

1. Why did you buy coffee at this location?
**A. Convenience**
B. Price
C. I like Dunkin' Donuts coffee
D. Other

2. How did you know that this location sells Dunkin' Donuts coffee?
A. I saw the sign at the location
B. Someone told me
**C. I bought Dunkin' Donuts coffee here before**
D. Other

3. Did you come to the location specifically to buy coffee?
**A. Yes (also cigarettes and gas)**
B. No
C. To buy something else as well as coffee

4. Do you think that this location has Dunkin' Donuts permission to sell Dunkin' Donuts coffee?
**A. Yes (Because of the papers and signs hanging in the store)**
B. No
C. Not sure