UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DD IP HOLDER LLC

Plaintiff,

v.

EARL STICKNEY, CATHY STICKNEY, KARL AUGHINBAUGH AND XYZ, INC.,

Defendants.

C.A. No. 07-201/S

**PLAINTIFF'S REQUEST FOR AN EXPEDITED HEARING**

Pursuant to Local Rule 9, Plaintiff DD IP Holder, LLC ("Dunkin'") hereby requests an expedited hearing concerning its Motion to Compel Eradication of its Marks from Defendants' Gas Station and to Compel Compliance with the Court's Order of June 12, 2007, filed contemporaneously with this Request, for the reasons set forth in the attached Memorandum.

Plaintiff,
DD IP HOLDER, LLC
By its attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: June 29, 2007

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the within Motion to be hand-delivered to Mr. Karl Aughinbaugh, 10 Ten Rod Road, North Kingstown, RI 02852; Mr. Sherwood E. Stickney, 329 Hoghouse Hill Road, Exeter, RI 02822; and Ms. Cathy Stickney, 382 Ten Rod Road, North Kingstown, RI 02852 on this 29th day of June, 2007.

/s/ Jeffrey S. Brenner