UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DD IP HOLDER LLC<br><br>Plaintiff,<br><br>v.<br><br>EARL STICKNEY, CATHY STICKNEY, KARL AUGHINBAUGH AND XYZ, INC.,<br><br>Defendants. | C.A. No. 07-201/S |

**PLAINTIFF'S MOTION TO ENTER A DEFAULT JUDGMENT AGAINST DEFENDANTS EARL STICKNEY, CATHY STICKNEY, AND XYZ, INC. A/K/A SHERWOOD'S ENTERPRISES, INC.**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff DD IP Holder, LLC ("Dunkin'") hereby moves to enter a default judgment against Defendants Earl Stickney ("Mr. Stickney"), Cathy Stickney ("Ms. Stickney"), and XYZ, Inc. a/k/a Sherwood's Enterprises, Inc. ("Sherwood's") for their failure to respond to Dunkin's Complaint as explained in the attached Memorandum.

Plaintiff,
DD IP HOLDER, LLC
By its attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: June 29, 2007

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the within Motion to be hand-delivered to Mr. Karl Aughinbaugh, 10 Ten Rod Road, North Kingstown, RI 02852; Mr. Sherwood E. Stickney, 329 Hoghouse Hill Road, Exeter, RI 02822; and Ms. Cathy Stickney, 382 Ten Rod Road, North Kingstown, RI 02852 on this 29th day of June, 2007.

/s/ Jeffrey S. Brenner

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DD IP HOLDER LLC<br><br>Plaintiff,<br><br>v.<br><br>EARL STICKNEY, CATHY STICKNEY, KARL AUGHINBAUGH AND XYZ, INC.,<br><br>Defendants. | ) | C.A. No. 07-201/S |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO ENTER A DEFAULT JUDGMENT AGAINST DEFENDANTS EARL STICKNEY, CATHY STICKNEY, AND XYZ, INC. A/K/A SHERWOOD'S ENTERPRISES, INC.**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff DD IP Holder, LLC ("Dunkin'") have moved to enter a default judgment against Defendants Earl Stickney ("Mr. Stickney"), Cathy Stickney ("Ms. Stickney"), and XYZ, Inc. a/k/a Sherwood's Enterprises, Inc. ("Sherwood's") for their failure to respond to Dunkin's Complaint for the following reasons:

1. On May 30, 2007, Dunkin' filed the Complaint with this Court. See Docket Entry No. 1.

2. On June 5, 2007, Dunkin' served Ms. Stickney with a Summons and a copy of the Complaint. Ms. Stickney's Answer was due on June 25, 2007. See Docket Entry No. 6.

3. On June 6, 2007, Dunkin' served Mr. Stickney and Sherwood's with a Summons and a copy of the Complaint. Mr. Stickney's and Sherwood's Answer was due on June 26, 2007. See Docket Entry No. 8.

4. To date, neither Ms. Stickney, Mr. Stickney, nor Sherwood's has filed a response to Dunkin's Complaint.

5. On June 14, 2007, this Court referred this case to Magistrate Judge Lovegreen for a settlement conference. Thereafter, Magistrate Judge Lovegreen conducted a settlement conference on June 21, 2007, and June 27, 2007. Although Ms. Stickney attended the Settlement Conference, Mr. Stickney did not attend the Settlement Conference. Sherwood's, a corporate entity, did not have a representative at the Settlement Conference. The case did not settle.

6. Dunkin's Complaint seeks the following relief which Dunkin' requests that this Court enter in a judgment against Mr. Stickney, Ms. Stickney, and Sherwood's:

a. An Order temporarily, preliminarily and permanently restraining and enjoining Defendants, their affiliates, subsidiaries, officers, agents, servants, employees and attorneys, and all those who act in concert or participation with them, from using and/or displaying the Dunkin' Marks and associated trade names, service marks, and trademarks in violation of the Lanham Act and the Rhode Island Deceptive Trade Practices Act;

b. An Order temporarily, preliminarily and permanently restraining and enjoining Defendants, their affiliates, subsidiaries, officers, agents, servants, employees and attorneys, and all those who act in concert or participation with them, from selling Dunkin' goods and/or services, including, without limitation, Dunkin' coffee in all forms and varieties and Dunkin' travel mugs;

c. An Order compelling Defendants, their affiliates, subsidiaries, officers, agents, servants, employees and attorneys, and all those who act in concert or participation with them, account to Dunkin' for any and all profits derived as a result of marketing or promoting goods or services at 10 Ten Rod Road, North Kingstown, Rhode Island, or elsewhere through and with the Dunkin' Marks defined in the Complaint; and

d. An Order granting compensatory damages, treble damages, attorneys' fees, prejudgment interest, cost of suit, and such other and further relief as this Court shall deem just and proper.

Plaintiff,
DD IP HOLDER, LLC
By its attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com

Dated: June 29, 2007

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the within Memorandum to be hand-delivered to Mr. Karl Aughinbaugh, 10 Ten Rod Road, North Kingstown, RI 02852; Mr. Sherwood E. Stickney, 329 Hoghouse Hill Road, Exeter, RI 02822; and Ms. Cathy Stickney, 382 Ten Rod Road, North Kingstown, RI 02852 on this 29th day of June, 2007.

/s/ Jeffrey S. Brenner