E

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DD IP HOLDER LLC,

Plaintiff,

v.

SHERWOOD "EARL" STICKNEY,
CATHY STICKNEY,
KARL "AUGGY" AUGHINBAUGH,
AND SHERWOOD'S ENTERPRISES, INC.,

Defendants.

C/A No. 07-201/S

**AUTHORIZATION TO SETTLE**

---

I, Sherwood Stickney, for the purposes of any Settlement Conference held by this court, hereby fully authorize Cathy Stickney to represent my interests, negotiate in good faith, and settle the matter at hand, on my behalf.

Also, I, Sherwood Stickney, for the purposes of any Settlement Conference held by this court, hereby fully authorize Cathy Stickney to represent my interests in Sherwood's Enterprises, Inc., to negotiate in good faith, and settle the matter at hand.

Signed,

x Sherwood Stickney — 6/20/07
Sherwood Stickney — Date

x Cathy Stickney — 6/20/07
Cathy Stickney — Date

x Karl Aughinbaugh — 6/20/07
Witness: Karl Aughinbaugh — Date