UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DD IP HOLDER LLC<br><br>Plaintiff,<br><br>v.<br><br>EARL STICKNEY, CATHY STICKNEY, KARL AUGHINBAUGH AND XYZ, INC.,<br><br>Defendants. | C.A. No. 07-201/S |

**STIPULATION**

Plaintiff DD IP Holder, LLC ("Dunkin'"), Defendant Earl Stickney, Defendant Cathy Stickney, Defendant Karl Aughinbaugh, and Defendant XYZ, Inc. a/k/a Sherwood's Enterprises, Inc. hereby stipulate to the following:

1. Defendants will stop using the name "Dunkin' Donuts" and any of Dunkin's trademarks, trade dress, service marks, and logos at the Shell gas station and convenience store located at 10 Ten Rod Road, North Kingstown, Rhode Island.

2. Defendants may continue to sell coffee brewed with coffee beans purchased from a Dunkin' Donuts store, but Defendants shall not advertise in any way that the coffee is brewed with coffee beans purchased from a Dunkin' Donuts store.

3. Dunkin' waives any claim for attorneys' fees, costs, and damages that it may have against Defendants.

4. The Dunkin' Complaint is dismissed with prejudice.

Plaintiff,
DD IP Holder, LLC,
By its attorney,

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: JBrenner@nixonpeabody.com
Dated: ~~June 27, 2007~~
JULY 2, 2007

Defendant,
Karl Aughinbaugh,
Pro Se,

Karl Aughinbaugh
10 Ten Rod Road
North Kingstown, RI 02852
Dated: ~~June 27, 2007~~
July 2, 2007

Defendant,
Cathy Stickney,
Pro Se,

Cathy Stickney
382 Ten Rod Road
North Kingstown, RI 02852
Dated: ~~June 27, 2007~~
July 2, 2007

Defendant,
Sherwood E. Stickney,
Pro Se,

Sherwood E. Stickney
329 Hoghouse Hill Road
Exeter, RI 02822
Dated: ~~June 27, 2007~~
July 2, 2007

Defendant,
XYZ, Inc. a/k/a Sherwood's Enterprises, Inc.,
By its President, Sherwood E. Stickney,

XYZ, Inc. a/k/a Sherwood's Enterprises, Inc.
By its President, Sherwood E. Stickney
329 Hoghouse Hill Road
Exeter, RI 02822
Dated: ~~June 27, 2007~~
July 2, 2007



10633961.1