United States District Court
for the District of Rhode Island

DD IP Holder LLC

vs. Case No. CA07-201S

STICKNEY et al.

**EXHIBIT RECEIPT**

Plaintiff's exhibits # 1 through #20

Signature of ~~Attorney~~ Paralegal: David A. DiMarzio, Clerk

Nancy R. Mahoney
8/21/07

Wendy L Siele
Deputy Clerk